## VERIFIED RETURN OF SERVICE

| State of Florida | County of | District Court |
|---|---|---|

Case Number: 0:24-CV-60255-WPD

Plaintiff:
**Guillenno Serrano,**

vs.

Defendant:
**Barreiro's Service LLC,**
**El Mago's Roofing Corp.,**
**Dayron Barreiro and Merlyn Santos**


OCH2024000369

For:
GALLARDO LAW OFFICE, P.A.
8492 S.W. 8th Street
Miami, FL 33144

Received by STATEWIDE PROCESS SERVICE INC on the 22nd day of February, 2024 at 6:57 pm to be served on **DAYRON BARREIRO VALDES, 6805 SW 10TH COURT, HOLLYWOOD, FL 33023**.

I, KIMBERLY URTNOWSKI, do hereby affirm that on the **26th day of February, 2024** at **12:07 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARCELLA VALDES** as **Mother / Co-Tenant** at the address of: **6805 SW 10TH COURT, HOLLYWOOD, FL 33023**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with F.S.48.031..

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: Hispanic, Height: 5'5, Weight: 120, Hair: B, Glasses: Y

Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. I am over the age of 18, have no interest in the above action and am a Specially Appointed Server, in good standing, in the 17th Judicial Circuit wherein this process was served. No Notary required pursuant to F.S. 92.525(2).

*[signature]*

**KIMBERLY URTNOWSKI**
SPS #1493

**STATEWIDE PROCESS SERVICE INC**
**5727 NW 7TH STREET**
**SUITE 317**
**MIAMI, FL 33126**
**(786) 512-2440**

Our Job Serial Number: OCH-2024000369

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n