## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **District Court** |

Case Number: 0:24-CV-60255-WPD



Plaintiff:
**Guillenno Serrano,**

vs.

Defendant:
**Barreiro's Service LLC,**
**El Mago's Roofing Corp.,**
**Dayron Barreiro and Merlyn Santos**

For:
GALLARDO LAW OFFICE, P.A.
8492 S.W. 8th Street
Miami, FL 33144

Received by STATEWIDE PROCESS SERVICE INC on the 22nd day of February, 2024 at 7:00 pm to be served on **MERLYN SANTOS, 6145 JOHNSON STREET, HOLLYWOOD, FL 33024**.

I, MICHEAL BRYANT, do hereby affirm that on the **28th day of February, 2024** at **11:40 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT** on **JOYCE MONTERO**, the spouse of the person to be served at any place in the county, if the cause of action is not an adversary proceeding between the spouse and the person to be served, if the spouse requests such service, and if the spouse and person to be served are residing together in the same dwelling, pursuant to Florida Statute, Section 48.031 (2) (a).

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: HISPANIC, Height: 5'5, Weight: 130, Hair: BROWN, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. I am over the age of 18, have no interest in the above action and am a Specially Appointed Server, in good standing, in the 17th Judicial Circuit wherein this process was served. No Notary required pursuant to F.S. 92.525(2).

**MICHEAL BRYANT**
SPS 1537

**STATEWIDE PROCESS SERVICE INC**
**5727 NW 7TH STREET**
**SUITE 317**
**MIAMI, FL 33126**
**(786) 512-2440**

Our Job Serial Number: OCH-2024000372

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n