## <u>VERIFIED RETURN OF SERVICE</u>

| | | |
|---|---|---|
| **State of Florida** | **County of** | **District Court** |

Case Number: 0:24-CV-60255-WPD


OCH2024000371

Plaintiff:
**Guillenno Serrano,**

vs.

Defendant:
**Barreiro's Service LLC,**
**El Mago's Roofing Corp.,**
**Dayron Barreiro and Merlyn Santos**

For:
GALLARDO LAW OFFICE, P.A.
8492 S.W. 8th Street
Miami, FL 33144

Received by STATEWIDE PROCESS SERVICE INC on the 22nd day of February, 2024 at 6:58 pm to be served on **EL MAGO'S ROOFING CORP C/O MERLYN SANTOS, SR ITS REGISTERED AGENT, 6145 JOHNSON STREET, HOLLYWOOD, FL 33024**.

I, MICHEAL BRYANT, do hereby affirm that on the **28th day of February, 2024** at **11:40 am, I:**

**Served** the within named corporation by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to **JOYCE MONTERO** as **MANAGER** at: **6145 JOHNSON STREET, HOLLYWOOD, FL 33024** who stated they are an **EMPLOYEE OF THE REGISTERED AGENT** for the within named corporation and further stated that the Registered Agent was not present at that time and is not regularly available between the hours of 10:00am & 12:00pm after informing said person of the contents of the matter thereof in accordance with Florida State Statutes 48.091 & 48.081 prior to effecting service as herein described in accordance with Florida State Statutes 48.091 & 48.081.

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: HISPANIC, Height: 5'5, Weight: 130, Hair: BROWN, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. I am over the age of 18, have no interest in the above action and am a Specially Appointed Server, in good standing, in the 17th Judicial Circuit wherein this process was served. No Notary required pursuant to F.S. 92.525(2).

**MICHEAL BRYANT**
SPS 1537

**STATEWIDE PROCESS SERVICE INC**
**5727 NW 7TH STREET**
**SUITE 317**
**MIAMI, FL 33126**
**(786) 512-2440**

Our Job Serial Number: OCH-2024000371

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n