UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.   0:24-cv-60255-WPD

Guillermo Serrano,

    Plaintiff,

vs.

Barreiro's Service LLC,
El Mago's Roofing Corp.,
Dayron Barreiro
and Merlyn Santos

    Defendants.
_____/

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules for the Southern District of Florida, and the Court's Order on Clerk's Default Procedure, Plaintiff files this Motion for Clerk's Entry of Default as to all Defendants

Dated: April 30, 2024        Respectfully submitted,

    /s/ Elvis J. Adan
    Elvis J. Adan, Esq.
    Fla. Bar No.: 24223
    GALLARDO LAW OFFICE, P.A.
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone: (305) 261-7000

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 30, 2024 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DAYRON BARREIRO VALDES
6805 SW 10TH COURT
HOLLYWOOD, FL 33023

MERLYN SANTOS, SR.
6145 JOHNSON STREET
HOLLYWOOD, FL 33024

                                                /s/ Elvis J. Adan
                                                Elvis J. Adan, Esq.
                                                Fla. Bar No.: 24223